

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Michael Christopher Ferris, Appellant

No. 06-13-00098-CR          v.

The State of Texas, Appellee

Appeal from the County Court at Law of Panola County, Texas (Tr. Ct. No. 2012-C-0094).  Opinion delivered by Chief Justice Morriss, Justice Carter and Justice Moseley participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

We note that the appellant, Michael Christopher Ferris, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED MARCH 14, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk